LISA R. J. PORTER
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**Florina Palomino,**
                **Plaintiff,**                                           Civil Action No. 3:18-cv-00256-HZ

vs.

**COMMISSIONER of Social Security,**     ORDER GRANTING AWARD
                **Defendant**                 /      OF EAJA FEES, EXPENSES
                                                                   COSTS

## ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $**4,939.20** and expenses $**7.69** and costs of $**13.50**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the attorney, Lisa Porter, and mailed to the attorney's office.

Done this __18__ day of __April__, 2019

                                                      _/s/ Marco Hernandez_
                                                                Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035